WILLIAM S. ANDREWS, Appellant, v. DANIEL LE ROY DRESSER, Respondent.

*New trial — costs.*

Appeal from so much of an order of the Special Term as imposes upon the plaintiff the payment of costs as a condition of a new trial.

PER CURIAM: It seems to be assumed on this appeal that the plaintiff was entitled to a new trial as an absolute right. Under such circumstances it was improper to impose upon the plaintiff the payment of costs as a condition of the new trial. The order appealed from must be reversed, with ten dollars costs and disbursements of appeal, and the order granting a new trial amended by striking therefrom all provisions relating to the payment of costs by the plaintiff. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ. Order reversed, with ten dollars costs and disbursements, and order granting new trial amended by striking therefrom all provisions relating to payment of costs by plaintiff. Settle order on notice.

---

JOHN R. BINNS, Respondent, v. VITAGRAPH COMPANY OF AMERICA, Appellant.

*Injunction — use of person's name.*

Appeal from an interlocutory judgment, entered upon the decision of the court, after a trial at Special Term.

Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Miller and Dowling, JJ.; McLaughlin and Dowling, JJ., dissenting on grounds stated.

McLAUGHLIN, J. (dissenting): I think the judgment should be modified so that the defendant should be only enjoined from using the plaintiff's name in connection with the circular and the production referred to.

DOWLING, J. (dissenting): I dissent upon the ground that the use of the plaintiff's name upon the film itself is not a use, within the meaning of the statute,* for advertising purposes or for the purpose of trade; and that the unlawful use of the plaintiff's name upon the circular advertising the films in question for lease to the trade is not within the scope of the complaint, nor relied upon as a foundation for the judgment.

---

* See Civil Rights Law (Consol. Laws, chap. 6; Laws of 1909, chap. 14), §§ 50, 51.— [REP.